BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendants Eduvision, Inc.,
Marie Hallinan and Patricia T. Alpert

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, an individual, | CASE NO. 2:19-cv-01497-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS EDUVISION, INC., MARIE HALLINAN AND PATRICIA T. ALPERT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC, dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual, | |
| Defendants. | **[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AYNUR KABOTA ("Plaintiff") and Defendants EDUVISION, INC., d/b/a ARIZONA COLLEGE, MARIE HALLINAN and PATRICIA T. ALPERT ("Defendants"), by and through their respective counsel of record Raelene K. Palmer of THE PALMER LAW FIRM, P.C., and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

/ / /

/ / /

4823-1892-7788.1

Counsel for Defendants has only recently been retained to represent Defendants in this matter. In light of the numerous allegations and causes of action set forth in the Complaint against several named defendants (including the currently represented Defendants), as well as the need for counsel for Defendants to ethically determine if joint representation of all of the named defendants is appropriate, an extension of time for Defendants to answer or otherwise respond to the Complaint is necessary.

Based on the dates of service, Defendants Eduvision, Inc. and Alpert's responses to Plaintiff's Complaint are due on November 19, 2019 and Defendant Hallinan's response is due on November 26, 2019. In order to allow counsel for Defendants sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendants to respond to Plaintiff's Complaint until December 20, 2019.

This extension is not sought for any improper reason or for the purpose of delay.

DATED this <u>19th</u> day of November, 2019.          DATED this <u>19th</u> day of November, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP          THE PALMER LAW FIRM, P.C.

By */s/ Bruce C. Young, Esq.*          By */s/ Raelene K. Palmer*
   Bruce C. Young, Esq.             Raelene K. Palmer, Esq.
   Paige S. Shreve, Esq.             5550 Painted Mirage Road, Suite 320
   6385 S. Rainbow Boulevard, Suite 600             Las Vegas, Nevada 89149
   Las Vegas, Nevada 89118             Attorneys for Plaintiff Aynur Kabota
   Attorneys for Defendants
   Eduvision, Inc., Marie Hallinan and
   Patricia T. Alpert

## [PROPOSED] <u>ORDER</u>

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants' responses to Plaintiff's Complaint shall be filed on or before December 20, 2019.

DATED this 20th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW