# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

AYNUR KABOTA,

        Plaintiff,

vs.

EDUVISION, INC., *et al.*,

        Defendants.

2:19-cv-01497-JAD-VCF

**ORDER**

    Before the court is Plaintiff's Motion to Enlarge Time to Effect Service on Defendants Sentinel Peak Capital, L.L.C., Thompson, and Navarro (ECF NO. 7).

**Extension For Service**

    Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

    Plaintiff asserts that additional time is required to effect service and asks this court to extend the 4(m) deadline. (ECF No. 7). The process server unsuccessfully attempted to serve the Summons and Complaint on Defendant Navarro and Thompson. *Id.*

    The Complaint was filed on August 27, 2019. The last day to effectuate service on Defendants is November 25, 2019. Fed. R. Civ. P. 4(m).

    Given that Plaintiff has demonstrated "good cause" for his failure to effectuate service and has provided support for his request for an extension, the court will extend the 4(m) deadline, up to and including January 24, 2020. *See* Fed. R. Civ. P. 4(m).

Accordingly, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to Enlarge Time to Effect Service on Defendants Sentinel Peak Capital, L.L.C., Thompson, and Navarro (ECF NO. 7) is GRANTED.

IT IS FURTHER ORDERED that the deadline to effect service of process on Defendants, is extended up to and including January 24, 2020.

DATED this 3rd day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE