BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendants Eduvision, Inc.,
Marie Hallinan and Patricia T. Alpert

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, an individual, | CASE NO. 2:19-cv-01497-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DIANE THOMASON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC, dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual, | **[FIRST REQUEST]** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AYNUR KABOTA ("Plaintiff") and Defendant DIANE THOMASON ("Defendant THOMASON"), by and through their respective counsel of record Raelene K. Palmer of THE PALMER LAW FIRM, P.C., and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

Counsel for Defendant THOMASON has only recently been retained to represent Defendant THOMASON in this matter. In light of the numerous allegations and causes of action

4819-7102-1230.1

set forth in the Complaint against the several named defendants (including the currently represented Defendants), as well as the need for counsel for Defendants to ethically determine if joint representation of all of the named defendants is appropriate, an extension of time for Defendant THOMASON to answer or otherwise respond to the Complaint is necessary.

Based on the date of service, Defendant THOMASON's response to Plaintiff's Complaint is due on December 5, 2019. In order to allow counsel for Defendant THOMASON sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendant THOMASON to respond to Plaintiff's Complaint until December 20, 2019.

This extension is not sought for any improper reason or for the purpose of delay.

DATED this 27th day of November, 2019.　　　　DATED this 27th day of November, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP　　　　THE PALMER LAW FIRM, P.C.

By /s/ Bruce C. Young, Esq.　　　　　　　　　　By /s/ Raelene K. Palmer
　Bruce C. Young, Esq.　　　　　　　　　　　　　　Raelene K. Palmer, Esq.
　Paige S. Shreve, Esq.　　　　　　　　　　　　　　5550 Painted Mirage Road, Suite 320
　6385 S. Rainbow Boulevard, Suite 600　　　　Las Vegas, Nevada 89149
　Las Vegas, Nevada 89118　　　　　　　　　　　Attorneys for Plaintiff Aynur Kabota
　Attorneys for Defendants
　Eduvision, Inc., Marie Hallinan and
　Patricia T. Alpert

### **ORDER**

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant THOMASON's response to Plaintiff's Complaint shall be filed on or before December 20, 2019.

DATED this 10th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

