BRUCE C. YOUNG, ESQ., NV Bar # 5560
PAIGE S. SHREVE, ESQ., NV Bar # 13773
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Paige.Shreve@lewisbrisbois.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC, dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-01497-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT DANIEL J. NAVARRO TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff AYNUR KABOTA ("Plaintiff") and Defendant DANIEL J. NAVARRO ("Defendant NAVARRO"), by and through their respective counsel of record Raelene K. Palmer of THE PALMER LAW FIRM, P.C., and Bruce C. Young, Esq. of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, as follows:

Counsel for Defendant NAVARRO has only recently been retained to represent Defendant NAVARRO in this matter. In light of the numerous allegations and causes of action set forth in

4828-6163-5246.1

the Complaint against the several named defendants (including the currently represented Defendants), as well as the need for counsel for Defendants to ethically determine if joint representation of all of the named defendants is appropriate, an extension of time for Defendant NAVARRO to answer or otherwise respond to the Complaint is necessary.

Based on the date of service, Defendant NAVARRO's response to Plaintiff's Complaint is due on December 16, 2019. In order to allow counsel for Defendant NAVARRO sufficient time to investigate the facts and prepare an appropriate response to the Complaint, the Parties have agreed to stipulate to extend the time for Defendant NAVARRO to respond to Plaintiff's Complaint until December 20, 2019.

This extension is not sought for any improper reason or for the purpose of delay.

DATED this 13th day of December, 2019.           DATED this 13th day of December, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP      THE PALMER LAW FIRM, P.C.

By /s/ Bruce C. Young, Esq.                                By /s/ Raelene K. Palmer
   Bruce C. Young, Esq.                                        Raelene K. Palmer, Esq.
   Paige S. Shreve, Esq.                                       5550 Painted Mirage Road, Suite 320
   6385 S. Rainbow Boulevard, Suite 600            Las Vegas, Nevada 89149
   Las Vegas, Nevada 89118                                 Attorneys for Plaintiff Aynur Kabota
   Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties, and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant NAVARRO's response to Plaintiff's Complaint shall be filed on or before December 20, 2019.

DATED this 13th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

