| | |
|---|---|
| 1 | RAELENE K. PALMER |
| 2 | Nevada Bar No. 8602 |
|   | THE PALMER LAW FIRM, P.C. |
| 3 | 5550 Painted Mirage Road |
|   | Suite 320 |
| 4 | Las Vegas, Nevada 89149 |
|   | Phone: (702) 952-9533 |
| 5 | Email: rpalmer@plflawyers.com |
| 6 | *Attorney for Plaintiff Aynur Kabota* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, an individual, | Case No.: 2:19-cv-01497-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR PLAINTIFF TO RESPOND TO DEFENDANTS' PARTIAL MOTION TO DISMISS COMPLAINT** |
| EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC., dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual, | |
| | **(First Request)** |
| | ECF No. 26 |
| Defendants. | |

COMES NOW Plaintiff AYNUR KABOTA ("Plaintiff"), by and through her counsel, Raelene K. Palmer, Esq. of The Palmer Law Firm, P.C., and Robert S. Melcic, and Defendants, EDUVISION, INC., dba ARIZONA COLLEGE, DIANE THOMASON, DANIEL J. NAVARRO, PATRICIA T. ALPERT, and MARIE HALLINAN, by and through their counsel, Bruce C. Young, Esq. of the law firm Lewis Brisbois Bisgaard & Smith LLP, and hereby request that the Court extend the deadline for Plaintiff to respond to *Defendants' Partial Motion to Dismiss Complaint* from **Thursday, January 2, 2020 to Tuesday, January 14, 2020.** This

extension of time is being requested, in part, because Plaintiff's counsel is in the middle of briefing to the Ninth Circuit Court of Appeals in another matter, and, in part, due to the intervening Christmas, New Years, and Martin Luther King, Jr. holidays.

This is the parties' first request to extend this deadline. The parties submit that this request is not for the purpose of undue delay but is made due to the caseload and calendaring issues described above.

| | |
|---|---|
| DATED this 2nd day of January 2020.<br><br>THE PALMER LAW FIRM, P.C.<br><br>By: _/ s / Raelene K. Palmer, Esq._<br>Raelene K. Palmer, Esq.<br>State Bar No. 8602<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, Nevada 89149<br>(702) 952-9533<br>rpalmer@plflawyers.com<br><br>DATED this 2nd day of January 2020.<br><br>By: _/ s / Robert S. Melcic, Esq._<br>Robert S. Melcic, Esq.<br>State Bar No. 14923<br>4930 Mar Vista Way<br>Las Vegas, Nevada 89121<br>(702) 526-4235<br>robertmelcic@gmail.com<br>*Attorneys for Plaintiff*<br>*Aynur Kabota* | DATED this 2nd day of January 2020.<br><br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>By: _/ s / Bruce C. Young, Esq._<br>Bruce C. Young, Esq.<br>State Bar No. 5560<br>Paige S. Shreve, Esq.<br>State Bar No. 13773<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>(702) 893-3383<br>kfp@thorndal.com<br>Attorneys for Defendants<br>EDUVISION, INC., DIANE THOMASON, DANIEL J. NAVARRO, PATRICIA T. ALPERT, AND MARIE HALLINAN |

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 3, 2020