MARCUS LEE (NV Bar No. 15769)
INKU NAM (NV Bar No. 12050)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Inku.Nam@lewisbrisbois.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC, dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual,<br><br>          Defendants. | CASE NO. 2:19-cv-01497-JAD-VCF<br><br>**STIPULATION AND ORDER FOR TO EXTEND DISCOVERY AND SCHEDULING ORDER [LR IA 6-1(a) and LR 26-4]**<br><br>**(Third Request)** |

Pursuant to LR IA 6-1(a) and LR 26-4, the parties, by and through their respective counsel of record, hereby state as follows:

1. On September 11, 2020, this Court entered an Order granting the initial Stipulated Discovery Plan and Scheduling Order (ECF No. 41.) and agreed to extend the initial deadlines on February 17, 2021. (ECF No. 43.)

2. On November 30, 2021, this Court entered an Order granting Plaintiff's Motion to Extend Time. (ECF No. 53.)

3. This is the third request by the parties to amend the Court's Discovery Plan and



4886-5742-7725.1

Scheduling Order.

4. The parties stipulate and agree to extend the discovery, dispositive motion and joint pretrial order deadlines for at least thirty (30) days in order to conclude pending discovery. Plaintiff and Defendants seek to supplement the discovery with written requests and pursue further depositions.

I. **STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED**:

1. To date, the parties have exchanged initial disclosures, Plaintiff and Defendants have propounded interrogatories, requests for production and requests for admissions.
2. Plaintiff and Defendants have noticed the depositions of all parties and will be noticing depositions for additional witnesses.
3. Plaintiff and Defendants have served their respective expert witness and rebuttal disclosures.

II. **DISCOVERY YET TO BE COMPLETED**:

1. Plaintiff has noticed the depositions of Diane Thomason, Daniel Navarro, Patricia Alpert, and Marie Hallinan.
2. Defendants has noticed the deposition of Aynur Kabota and is coordinating date for the deposition of Rami Kabota.
3. Plaintiff and Defendants may notice further depositions to be completed within the discovery deadline, if extended.

III. **WHY THE DEADLINES HAVE NOT BEEN SATISFIED**:

1. As set forth above the COVID-19 pandemic has delayed discovery. Plaintiff retained new counsel and Defendants' counsel of record left his law firm, necessitating a transfer of the matter to other attorneys at the firm. It has taken some time for counsel for Plaintiff and Defendants to get acquainted with the case. The parties are working together to coordinate outstanding discovery as detailed in this stipulation.

///
///
///



Thus for good cause and not for the purpose of delay, the parties request that the discovery period be extended as follows:

| Activity | Current Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 02/28/2022 | 03/31/2022 |
| Dispositive Motions | 03/30/2022 | 05/02/2022 |
| Pretrial Order | 05/01/2022 | 06/01/2022 |

This request is being made within 21 days of the current discovery cut-off and other deadlines. Further any further requests for extensions will be made at least 21 days before the deadline that extension of is sought.

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

DATED this  10th  day of  February , 2022.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban

Michael P. Balaban, Esq.
Bar No. 9370
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
Tel:    (702)586-2964
Fax:    (702)586-3023

Attorneys for Plaintiff Aynur Kabota

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Inku Nam

Marcus Lee
Nevada Bar No. 15769
Inku Nam
Bar No. 12050
6385 South Rainbow Boulevard, Ste. 600
Las Vegas, NV 89118
Telephone: (702)830-9016
Facsimile: (702)366-9563

Attorneys for Defendants Eduvision, Inc. dba Arizona College, et al.

IT IS SO ORDERED

_____
Honorable Magistrate Judge Cam Ferenbach

DATED:  2-10-22