MARCUS LEE (NV Bar No. 15769)
INKU NAM (NV Bar No. 12050)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Marcus.Lee@lewisbrisbois.com
Inku.Nam@lewisbrisbois.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC, dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-01497-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY AND SCHEDULING ORDER [LR IA 6-1(a) and LR 26-3]**<br><br>**(Ninth Request)** |

Pursuant to LR IA 6-1(a) and LR 26-3, the parties, by and through their respective counsel of record, hereby state as follows:

1. On September 11, 2020, this Court entered an Order granting the initial Stipulated Discovery Plan and Scheduling Order (ECF No. 41.) and agreed to extend the initial deadlines on February 17, 2021. (ECF No. 43.)

2. On November 30, 2021, this Court entered an Order granting Plaintiff's Motion to Extend Time. (ECF No. 53.)

4868-6155-4230.1

3.     On February 10, 2022, this Court entered an Order granting the parties' Stipulation for Extension of Time. (ECF No. 55.)

4.     On March 10, 2022, this Court entered an Order granting the parties' Stipulation for Extension of Time. (ECF No. 59.)

5.     On April 18, 2022, this Court entered an Order granting the parties' Stipulation for Extension of Time. (ECF No. 61.)

6.     On June 22, 2022, this Court entered an Order granting the parties' Stipulation for Extension of Time. (ECF No. 63.)

7.     On July 15, 2022, this Court entered an Order granting the parties' Stipulation for Extension of Time. (ECF No. 65.)

8.     On August 9, 2022, this Court entered an Order granting the parties' Stipulation for Extension of Time. (ECF No. 67.)

9.     This is the ninth request by the parties to amend the Court's Discovery Plan and Scheduling Order.

10.    The parties stipulate and agree to reopen the discovery cutoff deadline and to extend the dispositive motion and joint pretrial order deadlines.  There is excusable neglect here, because the parties are seeking the new deadlines in order to resolve meet and confer discussions regarding Plaintiff's late disclosure of pertinent video records that are directly relevant to a central issue in this case.  The parties are working in good faith to resolve this discovery dispute in order to avoid raising further disputes to the Court.

I.     **STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED**:

1.     To date, the parties have exchanged initial and supplemental disclosures, Plaintiff and Defendants have propounded interrogatories, requests for production, and requests for admissions.

2.     Plaintiff has conducted the depositions of Diane Thomason, Daniel Navarro, Patricia Alpert, Marie Hallinan, Shannon Scott, and Marife Aczon-Armstrong.

3.     Defendants have conducted the depositions of Plaintiff Aynur Kabota and Rami

Kabota.

4.  Plaintiff and Defendants have served their respective expert witness and rebuttal disclosures.

## II. DISCOVERY YET TO BE COMPLETED:

1.  Plaintiff and Defendants have agreed to re-open the depositions of Plaintiff Aynur Kabota, Rami Kabota, Daniel Navarro, Diane Thomason, and Patricia Alpert in order to allow the parties to seek testimony in light of the Plaintiff's late disclosure of pertinent video records.

2.  Plaintiff and Defendants agree that additional depositions may be re-opened or noticed as the parties make further determinations in their meet and confer discussions.

## III. WHY THE DEADLINES HAVE NOT BEEN SATISFIED:

This request is being made after the discovery cut-off deadline due to excusable neglect, but outside of 21 days of the dispositive motions and pretrial order deadlines. Since the submission of the parties' eighth stipulation to extend discovery deadlines, the parties coordinated and completed the second day of Plaintiff's deposition and the deposition of Plaintiff's husband, Rami Kabota. During these depositions, testimony emerged regarding pertinent video records that had not yet been disclosed in this case. Following these depositions, Plaintiff's counsel emailed Defendants' counsel providing website links to three videos that were described by Plaintiff and Plaintiff's husband during their depositions. Following, Plaintiff's counsel supplemented Plaintiff's disclosures with copies of the three video electronic files that Plaintiff and Plaintiff's husband described during their depositions. Defendants had no indication that these video records existed prior to receiving the testimony of Plaintiff and Plaintiff's husband at deposition.

Thus for good cause and not for the purpose of delay, the parties request that the discovery period be extended as follows:

| Activity | Current Date | Requested Date |
|---|---|---|
| Discovery Cut-Off Date | 10/05/2022 | 1/31/2023 |

4868-6155-4230.1

3

| | | | |
|---|---|---|---|
| Dispositive Motions | 12/02/2022 | | 2/28/2023 |
| Pretrial Order | 01/06/2023 | | 3/31/2023 |

If dispositive motion(s) are filed, the parties request that the pretrial order become due 30 days after a ruling on the dispositive motion(s).

This request is being made within 21 days of the discovery cut-off due to excusable neglect. Any further requests for extensions will be made at least 21 days before the deadline that extension of is sought.

DATED this 4th day of November, 2022.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ _Michael Balaban_____

Michael P. Balaban, Esq.
Bar No. 9370
Law Offices of Michael P. Balaban
10726 Del Rudini Street
Las Vegas, NV 89141
Tel:     (702)586-2964
Fax:    (702)586-3023

*Attornes for Plaintiff Aynur Kabota*

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ _Inku Nam_____

Marcus Lee
Nevada Bar No. 15769
Inku Nam
Bar No. 12050
6385 South Rainbow Boulevard, Ste. 600
Las Vegas, NV 89118
Telephone: (702)830-9016
Facsimile: (702)366-9563

*Attorneys for Defendants Eduvision, Inc. dba Arizona College, et al.*

IT IS SO ORDERED

_____
Honorable Magistrate Judge Cam Ferenbach

DATED: ___11-7-2022___

4868-6155-4230.1

4