MARCUS J. LEE (Nevada Bar No. 15769)
E: marcus.lee@barberranen.com
INKU NAM (Nevada Bar No. 12050)
E: inku.nam@barberranen.com
BARBER RANEN LLP
4695 MacArthur Ct., Ste 900
Newport Beach, California 92660
T: 626.626.6902
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AYNUR KABOTA, individually,<br><br>Plaintiff,<br><br>v.<br><br>EDUVISION, INC., dba ARIZONA COLLEGE, a foreign corporation domiciled in Missouri; SENTINEL PEAK CAPITAL, LLC, dba ARIZONA COLLEGE, a Delaware Limited Liability Company; DIANE THOMASON, an individual; DANIEL J. NAVARRO, an individual; PATRICIA T. ALPERT, an individual; MARIE HALLINAN, an individual,.<br><br>Defendants. | Case No. 2:19-cv-01497-JAD-VCF<br><br>**SUBSTITUTION OF ATTORNEY** |

Daniel J. Navarro, an individual ("Defendant") hereby substitutes Marcus Lee and Inku Nam, of the law firm BARBER RANEN, LLP located at 4695 MacArthur Ct., Suite 900, Newport Beach, California, 92660, Phone: 626-626-6902, as attorneys of record, both attorneys having left their prior firm, LEWIS BRISBOIS BISGAARD & SMITH LLP.

DATED: May 23, 2023

_____
(Signature of Party)

I consent to the above substitution.

Dated: May 30, 2023

_____
(Signature of representative of Lewis Brisbois Bisgaard & Smith LLP)

I am duly admitted to practice in this District.

Above substitution accepted.

Dated: May 26, 2023          /s/ Marcus Lee_____

Please check one:  __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

Dated: 5-31-2023

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE