# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Aynur Kabota,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Eduvision Inc., doing business as Arizona College, et al.,<br><br>　　　　　　Defendants. | 2:19-cv-01497-JAD-VCF<br><br>**Order**<br><br>STIPULATION TO CONTINUE (First Request) STIPULATION TO CONTINUE SETTLELMENT CONFERENCE (ECF No. 93) |

The parties filed a stipulation to continue the settlement conference.

Accordingly,

I ORDER that the parties' stipulation to continue the settlement conference (ECF No. 93) is GRANTED.

I FURTHER ORDER that the settlement conference currently set for Monday, August 7, 2023 (ECF No. 87) is RESET to 10:00 AM on Tuesday, October 3, 2023.

I FURTHER ORDER that the parties' confidential statements due date of July 31, 2023 (ECF No. 87) is RESET to 4:00 PM on Tuesday, September 26, 2023.

I FURTHER ORDER that the remainder of my previous order (ECF No. 87) REMAINS IN FULL FORCE.

IT IS SO ORDERED.

DATED this 26th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE